(June 9, 1952.)

■

In the Matter of the WESTCHESTER COUNTY BAR ASSOCIATION. FRANCIS P. ROHAN, an Attorney.— Motion to confirm the Official Referee's report will be held in abeyance and will be considered together with the motion which will be made in connection with the Official Referee's supplemental report to be filed in accordance with the decision in the companion motion decided herewith. This petition, filed in this court on May 26, 1952, and the charge made therein, will be considered as supplemental to the petition heretofore filed in this court on January 11, 1952, and the charge made therein. Said new petition and charge are referred to Honorable CHARLES W. U. SNEED, Official Referee, for the hearing and filing of a supplemental report, together with his recommendations. Present — Carswell, Acting P. J., Johnston, Adel, Wenzel and Schmidt, JJ.

■

SPEC-TOY-CULARS, INC., Respondent, v. WYN SAVAGE et al., Appellants.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Nolan, P. J., Carswell, Johnston, Wenzel and MacCrate, JJ.